IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBBIE HILL                                                                                    PLAINTIFF

vs.                    Civil Case No. 4:07CV01114 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the court's opinion.

SO ADJUDGED this 24th day of March, 2009.

*/s/ Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE